FILED

12/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0524

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0524

TYRONE LEE RISHER,

Petitioner,

v.

BOB OLSON, STATE OF MONTANA,

Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including January 27, 2022, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 17 2021